# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Jean Russo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:19-CV-01045-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 6, 2020 to February 5, 2020, for Plaintiff to serve on defendant with Plaintiff's Letter Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Respectfully submitted,

Dated: January 3, 2020          PENA & BROMBERG, ATTORNEYS AT LAW


                                By: */s/ Jonathan Omar Pena*
                                    JONATHAN OMAR PENA
                                    Attorneys for Plaintiff


Dated: January 3, 2020          MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                                By:  */s/ Carolyn B. Chen*
                                    Carolyn B. Chen
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on January 3, 2020)


## **ORDER**

Pursuant to stipulation (ECF No. 11), IT IS ORDERED that Plaintiff shall have a 30-day extension of time, from January 6, 2020 to February 5, 2020, for Plaintiff to serve Defendant with a letter brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 3, 2020**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE