# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Michelle Jean Russo,

    Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

Case No. 1:19-cv-01045

STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 9, 2020 to May 11, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: April 3, 2020 | PENA & BROMBERG, ATTORNEYS AT LAW |

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 3, 2020    MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  *\*/s/ Carolyn B. Chen*
    Carolyn B. Chen
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 3, 2020)

## ORDER

Pursuant to the parties' stipulation (ECF No. 15), Plaintiff Michelle Jean Russo shall have until May 11, 2020, to serve Defendant with her Opening Brief.

IT IS SO ORDERED.

Dated: __April 3, 2020__                    /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE