# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Jean Russo,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:19-cv-01045-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

Upon consideration of Plaintiff's Motion for Extension of Time (ECF No. 17), for good cause shown, it is ORDERED that the Plaintiff is hereby allowed an extension of time, no later than June 10, 2020, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **May 13, 2020**                    /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE