# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MICHELLE RUSSO, | Case No.: 1:19-cv-01045-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| | (ECF No. 20) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief. The current due date is July 10, 2020. The new due date will be August 14, 2020.

This is Defendant's first request for an extension of time for briefing and the third request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated or were continued. Defendant requires additional time to review the record in this case to properly evaluate the issues raised in Plaintiff's opening brief, to consider settlement options, and if not settling, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including August 14, 2020, to respond to Plaintiff's opening brief. Defendant acknowledges that the schedule has previously been extended and apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 6, 2020　　　PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 7/6/2020)
JONATHAN OMAR PENA
Attorney for Plaintiff

Date: July 6, 2020　　　MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

Based on the parties' stipulation (ECF No. 20), and good cause appearing, the Stipulation is GRANTED. Defendant shall respond to Plaintiff's opening brief no later than August 14, 2020. All other deadlines are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                                /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE