UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHELLE RUSSO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01045-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening brief.  The current due date is August 14, 2020.  The new due date will be August 21, 2020.

　　　This is Defendant's second request for an extension of time for briefing and the fourth request in this case overall.  There is good cause for this request and not intended to delay.  Since the granting of Defendant's previous request for an extension, Defendant's counsel has diligently worked on various district court cases and other substantive non-court matters, some of which were unanticipated or required more time to complete than anticipated.  In addition, Defendant's counsel underwent an intensive dental procedure the week of August 10, which has required more pain medication, rest, and time to recover than originally anticipated.  Thus, Defendant requires

1  additional time to prepare Defendant's response to Plaintiff's brief and is respectfully requesting
2  additional time up to and including August 21, 2020, to respond to Plaintiff's opening brief.
3  Defendant acknowledges that the schedule has previously been extended and apologizes for the
4  further delay and any inconvenience caused by the delay.
5       The parties further stipulate that the Court's Scheduling Order shall be modified
6  accordingly.

                                            Respectfully submitted,

Date: August 14, 2020                PENA & BROMBERG, ATTORNEYS AT LAW

                                            *s/ Jonathan O. Pena by C.Chen\**
                                            (As authorized by email on 8/14/2020)
                                            JONATHAN OMAR PENA
                                            Attorney for Plaintiff

Date: August 14, 2020                MCGREGOR W. SCOTT
                                            United States Attorney

                                            By *s/ Carolyn B. Chen*
                                            CAROLYN B. CHEN
                                            Special Assistant U. S. Attorney

                                            Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation (ECF No. 22) filed August 14, 2020, and good cause appearing, the Court GRANTS the parties' stipulated motion. It is HEREBY ORDERED that Defendant shall file its response to Plaintiff's brief no later than August 21, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **August 14, 2020**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE